IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOCASCIO ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 16-cv-5339 |
| ) | |
| ENTERPRISE COMMUNITY ASSET ) | Judge Harry D. Leinenweber |
| ASSET MANAGEMENT, INC., ) | |
| a Maryland corporation, ) | |
| ) | |
| Defendant ) | |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Patricia LoCascio, and Defendant, Enterprise Community Asset Management, Inc., by and through their undersigned attorneys, that upon presentation of this Stipulation to the United States District Court of the Northern District of Illinois, the Court shall dismiss the Amended Complaint and Plaintiff's action, with prejudice, and with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

s/Renee F. Kessel
Attorney at Law
55 W. Delaware
Chicago, Illinois 60610
ATTORNEY FOR PLAINTIFF

s/Paul Patten
JACKSON LEWIS P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
ATTORNEY FOR DEFENDANT

s/Randall B. Gold
Fox & Fox, S.C.
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of December, 2016, I electronically filed a STIPULATION FOR DISMISSAL, with the Clerk of Court using the CM/ECF system which will send notification to all parties of record.

    /s <u>Randall B. Gold</u>