# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Patricia Locascio

                                        Plaintiff,

v.                                                      Case No.: 1:16−cv−05339

                                                      Honorable Harry D. Leinenweber

Enterprise Community Asset Management, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber: Pursuant to the Stipulation of Dismissal, this case is dismissed with prejudice, and with each party to bear its own attorneys' fees and costs. Status hearing stricken.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.